IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

IN RE:
EXPIRED PASSPORTS

## ORDER TO FORWARD PASSPORT

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to forward the following expired passports to the United States Department of State, Office of Research and Liaison, Attn: Vanessa Washington, 1111 19th Street, NW, Room 500, Washington, DC 20522:

| Defendant Name | Expiration Date | Case Number |
| --- | --- | --- |
| RAEL, Joseph M | 03/31/00 | 06-CR-340 |
| ROMERO, Chad aka Torres, Andre | 04/24/06 | 00-CR-511 |
| ROSEAN, Anita | 05/07/02 | 97-CR-192 |
| ROSEAN, Arthur L | 05/07/02 | 97-CR-192 |
| ROSSMILLER, Richard H | 04/20/93 | 93-CR-204 |
| ROURKE, Michael | 06/21/05 | 04-1176M |
| SCHEY, Megan M | 04/07/07 | 01-CR-319 |
| SCHIMPF JR, Jay R | 01/12/00 | 02-CR-513 |
| SCHONDELMAYER, Sandy J | 10/13/03 | 03-CR-526 |
| SCOTT, Thomas W | 03/14/06 | 04-CR-069 |

Dated at Denver, Colorado, this _24_ day of ~~September~~ October, 2007.

BY THE COURT:

_[signature]_
Edward W Nottingham, Chief Judge